JS-6

Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIC SELECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSHINE, INC., a New York corporation d/b/a "CHICSHE"; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No: 2:25-cv-09020-PA-BFM<br>*Hon. Percy Anderson Presiding*<br><br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

- 1 -

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIC SELECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSHINE, INC., a New York corporation d/b/a "CHICSHE"; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No: 2:25-cv-09020-PA-BFM<br> *Hon. Percy Anderson Presiding*<br><br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.    This action is dismissed without prejudice; and

2.    The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: April 7, 2026                    By: _____
                                              PERCY ANDERSON
                                              UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE